THE TOWN OF BROOKHAVEN, Appellant, *v.* CHARLES J. WILLIAMSON et al., Respondents.

(Argued April 26, 1934; decided May 22, 1934.)

661

*Ralph J. Hawkins* for appellant.

*Guy O. Walser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.